IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

RON C. DANIELS,  *
                 *
    Plaintiff,   *
                 *
vs.              *  CIVIL ACTION NO. 12-00699-B
                 *
CAROLYN W. COLVIN,  *
Commissioner of Social Security,*
                 *
    Defendant.   *

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Application for Attorney Fees under the Equal Access to Justice Act ("EAJA") is hereby **GRANTED** and that Plaintiff's attorney is hereby **AWARDED** an EAJA fee in the amount of **$3,060.90** payable to Plaintiff. No costs are taxed.

**DONE** and **ORDERED** this **15th** day of **July, 2014.**

/s/ SONJA F. BIVINS
**UNITED STATES MAGISTRATE JUDGE**